IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| TRACY ANTHONY MILLER, | ) | |
| Petitioner-Appellant, | ) | |
| v. | ) | Case No. CV 196-195 |
| JOHNNY SIKES, Warden, | ) | Appeal No. 18-13368-E |
| Respondent-Appellee. | ) | |

# O R D E R

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit for lack of jurisdiction,

**IT IS HEREBY ORDERED** that the mandate order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this 28th day of January 2019.

_____
HONORABLE RANDAL J. HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA